IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WESLEY I. JOHNSON,**
**D.O.C. # 055448**

    *Plaintiff*,

v.                                                            Case No.: **4:23cv273-MW/MAF**

**OFFICER RAYNARD,** *et al.*,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 30. The Magistrate Judge recommends that Defendant Raynard's motion to dismiss be granted in part and denied in part. *See id*. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

1. The report and recommendation, ECF No. 30, is **accepted and adopted** as this Court's opinion.

2. Defendant Raynard's motion to dismiss, ECF No. 27, be **GRANTED in part** and **DENIED in part**.

3. The motion is **GRANTED** insofar as Plaintiff's official capacity claim is DISMISSED.

4. The motion is otherwise **DENIED**.

5. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on June 7, 2024.**

                                        **s/Mark E. Walker**
                                        **Chief United States District Judge**