IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WESLEY I. JOHNSON,**
**D.O.C. #055448,**

    *Plaintiff*,

v.                                  Case No.: 4:23cv273-MW/MAF

**OFFICER RAYNARD,**

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 58. Plaintiff has not filed any objections. Instead, he has filed duplicates of letters that are already in the record before this Court. *See* ECF No. 59. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 58, is **accepted and adopted** as this Court's opinion. Defendant Raynard's motion for summary judgment, ECF No. 36, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** because Plaintiff did not exhaust administrative remedies as

required by 42 U.S.C. § 1997e(a)." The Clerk shall close the file.

**SO ORDERED on August 20, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**
